UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA MAZER, individually and on behalf of his minor child,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>THE DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, LAQUANDRA S. NESBITT, in her official capacity as Director of the District of Columbia Department of Health, and MURIEL BOWSER, in her official capacity as Mayor of the District of Columbia,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:21-cv-01782-TNM |

**Notice of Motion and Motion for a Preliminary Injunction**

Plaintiff moves for a preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction ("**Memorandum**").  Fed. R. Civ. P. 65(a).

As set out more fully in the Memorandum and Complaint, Plaintiff challenges subsection 600.9 of title 22-B § 600 of the Code of D.C. Municipal Regulations entitled "Minor Consent for Vaccinations Amendment Act of 2020," which permits a child, 11 years of age of older, to receive a vaccine without the child's parents' consent or knowledge.

Plaintiff submits that he meets the standards for a preliminary injunction, *i.e.*, he has probable success on the merits, he will be irreparably harmed, others will not be substantially harmed, the public interest will be served, and there is no adequate remedy at law.

Pursuant to Local Rule of Civil Procedure 7(m), Plaintiff has conferred with legal counsel for Defendants regarding this motion and they would not consent to the relief requested in the motion.

1

Because a preliminary injunction presents no monetary risks to Defendants, Plaintiff requests that bond be set at $1. Fed. R. Civ. P. 65(c).

For the reasons stated in the accompanying Memorandum and Complaint, Plaintiff respectfully requests that the Court grant this motion and preliminarily enjoin Defendants from implementing and enforcing subsection 600.9 of title 22-B § 600 of the Code of D.C. Municipal Regulations pending a final hearing on the merits.

Respectfully submitted this 7th day of July, 2021,

SIRI & GLIMSTAD LLP

/s/ Aaron Siri
Aaron Siri, Esq. (*pro hac vice* to be submitted)
Elizabeth Brehm, Esq. (*pro hac vice* to be submitted)
Caroline Tucker, Esq. (*pro hac vice* to be submitted)
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
Aaron@sirillp.com

/s/ Christopher Wiest
Christopher Wiest, Esq. (*pro hac vice* to be submitted)
(KBA #90725)
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513-257-1895
(859) 495-0803 (fax)
chris@cwiestlaw.com

*/s/ John R. Garza*
John R. Garza, Esq.
Bar ID: 398728
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
Tel: 301 340 8200 x 100
jgarza@garzanet.com

*Attorneys for Plaintiff*