UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSHUA A. MAZER**, *individually and on behalf of his minor child,*

Plaintiff,

v.

**THE DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH**, *et al.*,

Defendants.

Case No. 1:21-cv-01782 (TNM)

### ORDER

Upon consideration of Plaintiff's motion for preliminary injunction, Defendants' motion to dismiss, the pleadings, relevant law, and related legal memoranda and arguments of counsel in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiff's [4] Motion for Preliminary Injunction is GRANTED; and it is further

**ORDERED** that Defendants, their agents, employees, and successors in office are hereby enjoined from enforcing 22-B DCMR § 600.9 (Minor Consent for Vaccinations Amendment Act of 2020 § 2) pending further order of this Court; and it is further

**ORDERED** that Defendants' [28] Motion to Dismiss is DENIED as to Count I.

**SO ORDERED.** Under 28 U.S.C. § 1292(a)(1), this is an appealable Order as to the Court's granting of the [4] Preliminary Injunction.

Dated: March 18, 2022

TREVOR N. McFADDEN, U.S.D.J.