UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR M. BOOTH**, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>**JOSHUA A. MAZER**,<br><br>Plaintiff,<br><br>v.<br><br>**MURIEL BOWSER**, *et al.*,<br><br>Defendants. | Civil Action Nos. 21-01857 (TNM)<br>and 21-01782 (TNM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss their claims in this matter with prejudice. Defendants consent and stipulate to Plaintiffs' dismissal.

Dated: March 20, 2023.

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATEYA B. KELLEY [888219451]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Equity Section

Respectfully submitted,

*/s/ Rolf G. S. Hazlehurst*
ROLF G. S. HAZLEHURST (*pro hac vice*)
ROBERT F. KENNEDY, JR. (*pro hac vice*)
Children's Health Defense
202 Tuckahoe Cove
Jackson, TN 38305
(731) 267-1663
rolf.hazlehurst@childrenshealthdefense.org

JAMES R. MASON III [978781]
DARREN A. JONES (*pro hac vice*)
PETER K. KAMAKAWIWOOLE, JR. (*pro hac vice*)
Parental Rights Foundation
One Patrick Henry Circle
Purcellville, VA 20132
(540) 338-5600
jim@hslda.org

400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643
andy.saindon@dc.gov

*Counsel for Defendants*

*Counsel for Booth Plaintiffs*

*/s/  Elizabeth Brehm*
AARON SIRI (*pro hac vice*)
ELIZABETH BREHM (*pro hac vice*)
Siri & Glimstad LLP
200 Park Avenue
17th Floor
New York, New York 10166
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

CHRISTOPHER WIEST (*pro hac vice*)
Christopher West Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

JOHN R. GARZA [398728]
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
(301) 340 8200 x 100
jgarza@garzanet.com

*Counsel for Mazer Plaintiff*